IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANNA D. WING                                                                                          PLAINTIFF

        v.                    Civil No. 03-5220

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                                  DEFENDANT

### O R D E R

On this 19th day of August, 2005, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge, dated July 28, 2005, the court finds that the magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney fees and costs in the amount of $5,111.20, representing 2445 minutes or 40.75 hours of work at a rate of $125.00 per hour, and $17.45 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

    IT IS SO ORDERED.

                                                /s/Jimm Larry Hendren
                                               HON. JIMM LARRY HENDREN
                                               CHIEF UNITED STATES DISTRICT JUDGE